


**RECEIVED**
**MAY 0 4 2023**
**BY MAIL**

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Leila Cruz )
)
)
)
)
)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* )
)
)
)
)
)
v. )
County of San Diego CWS )
Lynette Miller . )
Christopher Hines )
)
*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)* )

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:

 Yes    No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Leila Cruz
Street Address: General Delivery
City and County: St Louis, St Louis
State and Zip Code: MO 63166-9999
Telephone Number: (916) 432-0038
E-mail Address: DAHLIA.619@Outlook.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: SAN DIEGO COUNTY CWS
Job or Title:
Street Address: 8965 Balboa Ave
City and County: San Diego, San Diego
State and Zip Code: San Diego 92123
Telephone Number: 858-694-5191
E-mail Address: ARLENE.LOPEZ@SDCOUNTY.CA.GOV

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Leila Cruz
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address:

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 2

Name: Lynette Miller
Job or Title: Social Worker
Street Address: 8965 Balboa Ave.
City and County: San Diego, San Diego
State and Zip Code: CA 92123
Telephone Number: 858-694-5190
E-mail Address:

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  Leila Cruz
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name  Christopher Hines
Job or Title  Case Manager
Street Address  8965 Balboa Ave
City and County  San Diego, San Diego
State and Zip Code  CA, 92123
Telephone Number  858-694-5191
E-mail Address

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

A. **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Americans with Disabilities Act, Unruh Act, Rehabilitation Act, Civil Rights Act, First Amendment, Fourteenth Amendment.

B. **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

N/A

C. **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.   The Defendant(s)

If the defendant is an individual

    The defendant, *(name)* _____, is a citizen

    of the State of *(name)* _____ Or is a citizen

    of *(foreign nation)* _____.

If the defendant is a corporation

    The defendant, *(name)* _____.

    is incorporated under the laws of the State of *(name)*

    _____, and has its principal place of

    business in the State of *(name)* _____ Or

    is incorporated under the laws of the State of *(foreign nation)*

    _____, and has its principal place

    of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

① $40 Million
② Punitive Damages
③ Emotional Distress
④ Unruh Act Violations
⑤ Slander/Libel

4

### III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

*The Defendant Provides "Remote" Services in MO*

(See attached Page Claim 6, 7)

① Plaintiff was denied a qualified reader, interpreter, Auxillary Aids, Adaptive Software after providing letter from SSA/Doctor. Plaintiff was denied physical modifications and Deprived of Equal Access to Services.

② Between March 1, 2022 and April 30, 2023 it is ongoing

③ 1201 Elleta Blvd Columbia MO 65202

④ Removal of Child, Underpayment in Benefits Costs of Travel & Defense from false Allegation

⑤ Miller & Hines Discriminated based on Race, Disability, Religion

### IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Loss of Income, Loss of housing, Loss of Child Custody, Damage to professional reputation Emotional Distress

5

Section III    Page 2 of 2

6) Agency / Miller / Hines Discriminated against Plaintiff for exercising Religious Conscience in her parenting / Religious Practices

7) Agency / Miller / Hines Discriminated against Plaintiff base on her Ethnic / Cultural Identity, Perception of Race & Skin Color as well as her Sexual Preference.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

(Yes)   No

Do you claim actual damages for the acts alleged in your complaint?

(Yes)   No

Do you claim punitive monetary damages?

(Yes)   No

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Cost of travel, transcription, Copies, personal assistant, med/psych evaluations, Drug Testing, Parenting Class, Meals, Lost Wages

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of May, 2023.

Signature of Plaintiff(s) X /S/ Leila McCoy

Mrs McCoy is Blind / Signs w/ a Mark

6